IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD M. COX, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 11-0718-CB-M |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

ORDER

Plaintiff has filed a Motion to Dismiss (Doc. 14), requesting that the Court enter an Order dismissing the cause against Defendant without prejudice. No objection has been raised by Defendant (*see* Doc. 15).

Therefore, it is **ORDERED** that the Motion to Dismiss (Doc. 14) be **GRANTED** and that this cause be **DISMISSED without PREJUDICE** with each party to bear its own costs.

DONE this 4th day of June, 2012.

s/*Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE