IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


RONALD M. COX,                        :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :    CIVIL ACTION 11-0718-CB-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,:
                                      :
     Defendant.                       :


ORDER

     Plaintiff has filed a Motion to Dismiss (Doc. 14),
requesting that the Court enter an Order dismissing the cause
against Defendant without prejudice.  No objection has been
raised by Defendant (*see* Doc. 15).

     Therefore, it is **ORDERED** that the Motion to Dismiss (Doc.
14) be **GRANTED** and that this cause be **DISMISSED without
PREJUDICE** with each party to bear its own costs.

     DONE this 4th day of June, 2012.


                         s/*Charles R. Butler, Jr.* _____
                         CHARLES R. BUTLER, JR.
                         SENIOR UNITED STATES DISTRICT JUDGE