```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

RONALD M. COX,                        :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :   CIVIL ACTION 11-0718-CB-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,      :
                                      :
     Defendant.                       :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be dismissed without prejudice.

DONE this 4th day of June, 2012.

                                          _s/*Charles R. Butler, Jr.*_____  
                                        CHARLES R. BUTLER, JR.  
                                        SENIOR UNITED STATES DISTRICT JUDGE