```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

RONALD M. COX,                          :
                                        :
    Plaintiff,                         :
                                        :
vs.                                     :    CIVIL ACTION 11-0718-CB-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                         :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be dismissed without prejudice.

DONE this 4th day of June, 2012.

                                            _s/*Charles R. Butler, Jr.*_____
                                            CHARLES R. BUTLER, JR.
                                            SENIOR UNITED STATES DISTRICT JUDGE